UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

HILDELBERTO LARA, *on behalf of all other employees similarly situated*,

Plaintiff,

-against-

AIR SEA LAND SHIPPING & MOVING INC. *doing business as* AIR SEA LAND GROUP OF COMPANIES, et al.,

Defendants.

19-CV-8486 (PGG) (BCM)

**ORDER**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/12/19

**BARBARA MOSES, United States Magistrate Judge.**

The Court has received and reviewed the parties' joint letter dated November 8, 2019 (Joint Ltr.) (Dkt. No. 12), seeking approval of their Negotiated Settlement Agreement & Release (Dkt. No. 12-1) pursuant to *Cheeks v. Freeport Pancake House, Inc.*, 796 F.3d 199 (2d Cir. 2015).

The parties addressed their joint letter to the undersigned Magistrate Judge, but have not consented to my jurisdiction pursuant to 28 U.S.C. § 636(c) and Fed. R. Civ. P. 73. If the parties wish to so consent, they may complete the form available at https://www.uscourts.gov/forms/civil-forms/notice-consent-and-reference-civil-action-magistrate-judge, and return that form, signed by all parties, to the Clerk of Court.[1]

The parties are free to withhold their consent without adverse consequences. If the parties have not consented by **November 19, 2019**, the Court will assume that not all parties consent.

Dated: New York, New York
November 12, 2019

**SO ORDERED**.

_____
**BARBARA MOSES**
**United States Magistrate Judge**

---

[1] The form should **not** be filed on the docket or returned to any judge.