UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/18/19

Hildelberto Lara, individually and on behalf all other
employees similarly situated,

                              Plaintiff,

              - against -                                    Case No. 19-CV-8486

Air Sea Land Shipping & Moving Inc. d/b/a Air Sea Land
Group of Companies, Vajira Mendis, and Rienzie
Fernando,

                              Defendants.

## STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE

**WHEREAS,** on September 12, 2019, Plaintiff filed a Complaint, which asserts claims for,

*inter alia*, unpaid overtime wages, spread-of-hours pay, statutory damages, liquidated damages,

interest, and attorneys' fees and costs under the Fair Labor Standards Act, 29 U.S.C. § 201, *et seq.*

("FLSA") the New York Labor Law, and the New York Wage Theft Prevention Act ("WTPA");

**WHEREAS,** the Parties reached a settlement of this action and Plaintiff's wage and hour

claims through arm's-length negotiations and have entered into a Settlement Agreement and

Release (the "Agreement"), formally memorializing the Parties' settlement;

**WHEREAS,** the terms of the Agreement, which are fully incorporated herein by reference, **as modified by this Court's Order dated November 18, 2019 (Dkt. No. 16),**

have been reviewed and scrutinized by the Court and are approved and considered a fair and

reasonable resolution of, *inter alia*, a *bona fide* dispute over a provision or provisions of the FLSA,

the New York Labor Law, the WTPA, and/or time worked and wages paid in accordance with

*Cheeks v. Freeport Pancake House,* 796 F.3d 199 (2d Cir. 2015);

**WHEREAS,** this Court shall retain jurisdiction over this action to enforce the terms of the

Agreement;

**IT IS HEREBY STIPULATED AND AGREED,** by and between the undersigned

counsel for the Parties, and ordered by this Court, that this action be hereby dismissed and discontinued in its entirety, with prejudice, pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure. A copy of the signatures on this Stipulation serve the same purposes as an original signature.

Dated: New York, New York
       Nov. 8 , 2019

**Hang & Associates, LLC**

By: _____

Jiajing Fan, Esq.
136-20 38th Avenue, Suite #10G
Flushing, NY 11354
Tel.: (718) 353-8588

*Attorneys for Plaintiff*

SO ORDERED.

_____   11/18/19
Barbara C. Moses, U.S.M.J

**THE WAGNER LAW GROUP P.C.**

By: _____

David Gabor, Esq.
99 Summer Street, 13th Floor
Boston, MA 02110
Tel.: (617) 357-5200
*Attorneys for Defendants*